**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **A & N Packaging, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3849443** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6396 W. 74th Street** <br> **Bedford Park, IL 60638** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.

   _____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | | | |
|---|---|---|---|---|---|---|
| District | **Northern Dist of Illinois** | When | **12/17/15** | Case number | **15-42553** |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

| 11. | **Why is the case filed in this district?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 17, 2015**
MM / DD / YYYY

X **/s/ Randall G. Nagai**                    **Randall G. Nagai**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Thomas W. Toolis**                    Date **December 17, 2015**
Signature of attorney for debtor                MM / DD / YYYY

**Thomas W. Toolis**
Printed name

**Frankfort Law Group**
Firm name

**10075 West Lincoln Highway**
**Frankfort, IL 60423**
Number, Street, City, State & ZIP Code

Contact phone   **708-349-9333**      Email address   **twt@jtlawllc.com**

**6270743**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **A & N Packaging, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 17, 2015**          X /s/ Randall G. Nagai
                                              Signature of individual signing on behalf of debtor

                                              **Randall G. Nagai**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **A & N Packaging, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................... $     40,476.53

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................ $     40,476.53

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     700,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................................. $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................................. +$     218,367.81

4. **Total liabilities** .......................................................................................................
   Lines 2 + 3a + 3b $     918,367.81

**Fill in this information to identify the case:**

Debtor name   **A & N Packaging, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1.. | **Checking** <br> **First Merit** | **Checking** | | **$4,000.00** |
| 3.2.. | **Checking** <br> **First Midwest** | **Checking** | | **$0.00** |

**4.**   **Other cash equivalents** *(Identify all)*

**5.**   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$4,000.00**

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.. | **Namil, Inc.** | **$11,000.00** |
|---|---|---|
| 7.2.. | **NICOR** | **$1,000.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **A & N Packaging, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                               **$12,000.00**
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:        **4,476.53**    -        **0.00**    = ....        **$4,476.53**
                                 face amount           doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                              **$4,476.53**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Supplies, Stock boxes, Customer Owned Materials** | | **$0.00** | | **$3,000.00** |

23. **Total of Part 5.**                                                                              **$3,000.00**
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **A & N Packaging, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

☒ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| **Miscellaneous Office Equipment** | **$0.00** | | **$1,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$1,000.00** |
|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **A & N Packaging, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     **Fork Truck, Racks, Various Tools, CAD Table**          $0.00                          $15,000.00

51.  **Total of Part 8.**                                                                              $15,000.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                        **Current value of
                                                                        debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor   **A & N Packaging, Inc.** _____   Case number *(If known)* _____
        Name

| | | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **Miscellanous Household** _____ | **$1,000.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$1,000.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **A & N Packaging, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,476.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,476.53 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $40,476.53 |

| Fill in this information to identify the case: |
|---|
| Debtor name **A & N Packaging, Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Center Point/Small Business Loan**<br><sub>Creditor's Name</sub><br>**Governors State University**<br>**1 University Parkway RM C3300**<br>**University Park, IL 60466**<br><sub>Creditor's mailing address</sub><br><br><sub>Creditor's email address, if known</sub><br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** **6005**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**6396-6398 W. 74th Street, Bedford Park, IL 60638**<br><br>**Describe the lien**<br>**Small Business Administration Loan**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$547,000.00** | **$0.00** |
| **2.2** **First Midwest Bank**<br><sub>Creditor's Name</sub><br>**12600 S. Harlem**<br>**Palos Heights, IL 60463**<br><sub>Creditor's mailing address</sub><br><br><sub>Creditor's email address, if known</sub><br><br>**Date debt was incurred** **03/2008**<br>**Last 4 digits of account number** **9619** | **Describe debtor's property that is subject to a lien**<br>**Secured by all business property**<br><br>**Describe the lien**<br>**Second Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$153,000.00** | **$0.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Randall G. Nagai** _____      Case number (if know) _____

First Name         Middle Name         Last Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$700,000.00** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **-NONE-** | Line | |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name **A & N Packaging, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**A.S.G. Staffing, Inc.**<br>**231 W. Grnad Ave.**<br>**102**<br>**Bensenville, IL 60106** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Trade debt** | $ 3,978.00 |
|---|---|---|---|
|  | Date or dates debt was incurred   **Various**<br><br>Last 4 digits of account number   **P639** | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**AGT**<br>**10 Laura Drive**<br>**Addison, IL 60101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Trade debt** | $ 0.00 |
|---|---|---|---|
|  | Date or dates debt was incurred   **Various**<br><br>Last 4 digits of account number   **PK01** | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

Debtor 1   **Randall G. Nagai**

First Name   Middle Name   Last Name

Case number (if know) _____

**AJ Adhesives, Inc.**
**4800 Miami St.**
**Saint Louis, MO 63116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **PACK**

---

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **25,587.09** |

**Basis for the claim:** **Credit Card Purchases**

Date or dates debt was incurred   **Various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2006**

---

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **80.28** |

**Basis for the claim:** **Credit Card Purchases**

Date or dates debt was incurred   **Various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2004**

---

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Ample Supply Company**<br>**1401 S. Prairie Drive**<br>**Sycamore, IL 60178** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **PACK**

---

Debtor 1    **Randall G. Nagai**                                     Case number (if know) _____
            First Name        Middle Name        Last Name

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 90.00 |
|---|---|---|---|---|

**Anderson Pest Solutions**
P.O. Box 600670
Jacksonville, FL 32260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Services

Date or dates debt was incurred    **Various**

Last 4 digits of account number    **1210**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | $ | 0.00 |
|---|---|---|---|---|

**Anderson's Construction**
8522 S. Pulaski
Chicago, IL 60652

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | | $ | 0.00 |
|---|---|---|---|---|

**Associated Bag Company**
P.O. Box 8809
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    **0528**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | | $ | 0.00 |
|---|---|---|---|---|

**AT&T Mobility**
P.O. Box 6463
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Randall G. Nagai**                                        Case number (if know) _____
    First Name           Middle Name          Last Name

---

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Atlas Companies**
**5050 North River Road**
**Schiller Park, IL 60176**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:   Trade debt

$   **1,030.72**

Date or dates debt was incurred   **Various**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Best Transportation Services**
**1020 Davey Road**
**Suite 800**
**Woodridge, IL 60517**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number   **2278**

Is the claim subject to offset?

■ No

☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Better Methods**
**1948 W. Fulton**
**Chicago, IL 60612**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Blue Cross Blue Shield**
**P.O. Box 94455**
**Palatine, IL 60094**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$   **0.00**

---

Debtor 1   **Randall G. Nagai**                                    Case number (*if know*) _____
           First Name    Middle Name    Last Name

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number   **3757**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**C.H. Robinson**
**P.O. Box 9121**
**Minneapolis, MN 55480**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Carqueville Printing**
**1536 Bourbon Parkway**
**Streamwood, IL 60107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number   **1096**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Century Contractors**
**6401 W. 75th Atreet**
**Bedford Park, IL 60638**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

Debtor 1  **Randall G. Nagai**  Case number (if know) _____
First Name  Middle Name  Last Name

**Check Systems, Inc.**
**Attn: Customer Relations**
**7805 Hudson Road, Ste 100**
**Woodbury, MN 55125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only_

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Climatemp Service Group**
**2315 Gardner Rd**
**Broadview, IL 60155**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **P639**

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **421.16** |
|---|---|---|---|

**COM ED**
**9824 S CICERO AVE #2A**
**OAK LAWN, IL**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Date or dates debt was incurred  **Various**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **6056**

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Custom Global Logostics, LLC**
**P.O. Box**
**3330**
**Northlake, IL 60164**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor 1    **Randall G. Nagai**

First Name          Middle Name          Last Name

Case number (if know) _____

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**D&D Enterprises, Inc.**
**P.O. Box 1176**
**Frankfort, IL 60423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice Only**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **7520**

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**DEX**
**P.O. Box 9001401**
**Louisville, KY 40290**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade debt**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **9381**

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **39.02** |

**EMC Insurance Co.**
**P.O. Box 219225**
**Kansas City, MO 64101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade debt**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **6425**

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Equifax Information Services, LLC**
**P.O. Box 740256**
**Atlanta, GA 30374-0256**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice Only**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Randall G. Nagai**

First Name          Middle Name          Last Name

Case number (if know) _____

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Essentra Specialty Tapes**
**14774 Collections Drive**
**Chicago, IL 60693**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number   **0384**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Excel Displays & Packaging**
**4390 Liberty Street**
**Aurora, IL 60504**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Experian**
**P.O. Box 9701**
**Allen, TX 75013-9701**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Federal Express**
**P.O. Box 94515**
**Palatine, IL 60094**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1    **Randall G. Nagai**                                    Case number (if know) _____
First Name          Middle Name          Last Name

**Basis for the claim:**    **Notice Only** _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    **4051** _____       ■ No
                                                          ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|------|-----|-----|-----|

**FFR Merchandising, Inc.**
P.O. Box 932397
Cleveland, OH 44193

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____       ■ No
                                                       ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|------|-----|-----|-----|

**Field Packaging Group**
P. O. Box 71627
Chicago, IL 60694

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice Only** _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____       ■ No
                                                       ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|------|-----|-----|-----|

**First Communications LLC**
P.O. Box 78000
Detroit, MI 48278

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    **7562** _____       ■ No
                                                          ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|------|-----|-----|-----|

---

Debtor 1   **Randall G. Nagai**
            First Name        Middle Name        Last Name

Case number *(if know)* _____

**GC Dies, LLC**
**877 N. Larch Avenue**
**Elmhurst, IL 60126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Grainger**
**Dept 832637318**
**Palatine, IL 60038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7318**

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Guero Landscape & Const.**
**4929 W. 82nd Street**
**Burbank, IL 60459**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Gunner Cartage**
**8721 S. 50th Street**
**Oak Lawn, IL 60453**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor 1   **Randall G. Nagai**

| First Name | Middle Name | Last Name |

Case number *(if know)* _____

---

| 3.37 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |

**H.E. Wisdom & Sons, Inc.**
**1575 Executive Drive**
**Elgin, IL 60123**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | $ | **562.27** |

**Hanover Insurance**
**P.O. Box 580045**
**Charlotte, NC 28258**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade debt**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   **1000**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |

**Inner Workings**
**600 W. Chicago Ave.**
**Chicago, IL 60654**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |

**International Paper**
**1689 Solutions Center**
**Chicago, IL 60677**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

---

Debtor 1   **Randall G. Nagai**
First Name        Middle Name        Last Name

Case number (if know) _____

---

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | **8962** | ■ No |
| | | ☐ Yes |

---

**3.41**

**Nonpriority creditor's name and mailing address**
**James Cunningham**
**Stand Fast Packaging Products, Inc.**
**P.O. Box 71588**
**Chicago, IL 60694**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Personal Loan**

$ **40,000.00**

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No |
| | | ☐ Yes |

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Kolodziej, Eisen & Fey**
**10061 W. Lincoln Highway**
**Frankfort, IL 60423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only**

$ **0.00**

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | **0946** | ■ No |
| | | ☐ Yes |

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Mark-Marker**
**4157 Stafford**
**Avenue S.W.**
**Wyoming, MI 49509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

$ **425.00**

| Date or dates debt was incurred | **Various** | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No |
| | | ☐ Yes |

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Menasha-Strive**
**75 Remittance Drive**
**Dept. 6970**
**Chicago, IL 60675**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **15,648.73**

---

Debtor 1    **Randall G. Nagai**
First Name    Middle Name    Last Name

Case number (if know) _____

**Basis for the claim:**    Trade debt

Date or dates debt was incurred    **Various**

Last 4 digits of account number    _____

Is the claim subject to offset?

■**No**
☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |

**Metlife Auto & Home**
**P.O. Box 41753**
**Philadelphia, PA 19101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    **0450**

Is the claim subject to offset?

■**No**
☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 3,389.02 |

**MVP Workforce, LLC**
**P.O. Box 6690**
**Carol Stream, IL 60197**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

Date or dates debt was incurred    **Various**

Last 4 digits of account number    _____

Is the claim subject to offset?

■**No**
☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 111,000.00 |

**Namil, Inc.**
**6396-6398 W. 74th Street**
**Chicago, IL 60638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    _____

Is the claim subject to offset?

■**No**
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 317.67 |

Debtor 1   **Randall G. Nagai**                                          Case number (if know) _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

**Nicor**
**P.O. Box 2020**
**Aurora, IL 60507**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Utility

Date or dates debt was incurred   **November 2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1492**

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00 |

**Packaging Design**
**P.O. Box 5644**
**Carol Stream, IL 60197**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Only

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 62.09 |

**Palmer Packaging, Inc.**
**P.O. Box 335**
**Addison, IL 60101**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

Date or dates debt was incurred   **Various**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **P001**

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00 |

**Park Printing**
**9903 S. Roberts Road**
**Palos Hills, IL 60465**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor 1   **Randall G. Nagai**                                              Case number (if know) _____
First Name      Middle Name      Last Name

---

| 3.52 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

| 3.52 |
|---|

**Nonpriority creditor's name and mailing address**
**Paul Reilly Company**
**1967 Quincy Court**
**Glendale Heights, IL 60139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 383.63

**Basis for the claim:   Equipment**

Date or dates debt was incurred   **2012**

Last 4 digits of account number   _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.53 |
|---|

**Nonpriority creditor's name and mailing address**
**Prudential**
**P.O. Box 856138**
**Louisville, KY 40285**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred   _____

Last 4 digits of account number   **2552**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.54 |
|---|

**Nonpriority creditor's name and mailing address**
**Quality Lift Truck Service, Inc.**
**580 Vista Avenue**
**P.O. Box 1302**
**Addison, IL 60101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:   Notice Only**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.55 |
|---|

**Nonpriority creditor's name and mailing address**
**Quill**
**P.O. Box 37600**
**Philadelphia, PA 19101-0600**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

---

Debtor 1    **Randall G. Nagai**      Case number *(if know)*

First Name      Middle Name      Last Name

---

Date or dates debt was incurred

Last 4 digits of account number    **5925**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Randall G. Nagai**
**208 Country Lane**
**Des Plaines, IL 60016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$   **3,888.63**

Date or dates debt was incurred    **2014**

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Republic Services**
**P.O. Box 9001154**
**Louisville, KY 40290**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$   **197.92**

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **1238**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Rocktenn CP, LLC**
**P.O. Box 320102**
**Saint Louis, MO 63150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$   **0.00**

Date or dates debt was incurred

Last 4 digits of account number    **0102**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.59**

**Nonpriority creditor's name and mailing address**
**RR Donnelley**
**P.O. Box 932721**
**Cleveland, OH 44193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

---

Debtor 1   **Randall G. Nagai**                                    Case number (if know) _____
_____   _____   _____
First Name         Middle Name        Last Name

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number   **6027**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Service Pallet**
**P.O. Box 5988**
**Carol Stream, IL 60197**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**SimplexGrinnell**
**Dept. CH 10320**
**Palatine, IL 60055**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number   **9878**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **6,468.98** |
|---|---|---|---|

**Staff Right, LLC**
**729 Pinecrest Drive**
**Prospect Heights, IL 60070**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**   **Trade debt**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   **1125**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

---

Debtor 1    **Randall G. Nagai**

First Name    Middle Name    Last Name

Case number (if know) _____

---

**Stand Fast Packaging Products, Inc.**
**P.O. Box 71588**
**Chicago, IL 60694**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **2,880.00** |

**Tempt In-Store Productions**
**16600 W. Glendale Drive**
**New Berlin, WI 53151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Trade debt**

Date or dates debt was incurred    **Various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0147**

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**TransUnion Consumer Solutions**
**P.O. Box 2000**
**Chester, PA 19022-2002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Triangle Dies & Supplies**
**P.O Box 71958**
**Chicago, IL 60694**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Randall G. Nagai**                                                    Case number (if know) _____
First Name        Middle Name        Last Name

---

| 3.67 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:          $   **0.00**

**U.S. Corrugated of Milwaukee**                                       *Check all that apply.*
**3832 North 3rd Street**                                              ☐ Contingent
**Milwaukee, WI 53212**                                                ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       **Basis for the claim:**   **Notice Only**

Date or dates debt was incurred                                        **Is the claim subject to offset?**

Last 4 digits of account number                                        ■ No
                                                                       ☐ Yes

---

| 3.68 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:          $   **1,917.60**

**Uline**                                                              *Check all that apply.*
**2200 S. Lakeside Drive**                                             ☐ Contingent
**Waukegan, IL 60085**                                                 ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       **Basis for the claim:**   **Trade debt**

Date or dates debt was incurred   **Various**                          **Is the claim subject to offset?**

Last 4 digits of account number                                        ■ No
                                                                       ☐ Yes

---

| 3.69 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:          $   **0.00**

**United Propane**                                                     *Check all that apply.*
**3805 Clearview Court**                                               ☐ Contingent
**Gurnee, IL 60031**                                                   ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       **Basis for the claim:**

Date or dates debt was incurred                                        **Is the claim subject to offset?**

Last 4 digits of account number                                        ■ No
                                                                       ☐ Yes

---

| 3.70 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:          $   **0.00**

**UPS**                                                                *Check all that apply.*
**Lockbox 577**                                                        ☐ Contingent
**Carol Stream, IL 60132**                                             ☐ Unliquidated
                                                                       ☐ Disputed

                                                                       **Basis for the claim:**

---

Debtor 1    **Randall G. Nagai**
First Name    Middle Name    Last Name

Case number (if know) _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Wertheimer Box**
**7950 W. Joliet Road**
**Suite 100**
**La Grange, IL 60525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice Only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 218,367.81 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 218,367.81 |

**Fill in this information to identify the case:**

Debtor name **A & N Packaging, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Anderson Pest Control**<br>**501 W. Lake Street**<br>**Elmhurst, IL 60126** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest   **Monthly Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **AOL**<br>**770 Broadway**<br>**New York, NY 10003** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest   **Annual Contract - Automatic Renewal**<br><br>State the term remaining<br><br>List the contract number of any government contract | **D & B**<br>**103 JFK Parkway**<br>**Short Hills, NJ 07078** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining   **January 2016**<br><br>List the contract number of any government contract | **First Communication**<br>**P.O. Box 78000**<br>**Detroit, MI 48278** |

Debtor 1    **A & N Packaging, Inc.**
First Name        Middle Name        Last Name        Case number *(if known)*



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Namil, Inc.**<br>**6396-6398 W. 74th Street**<br>**Bedford Park, IL 60638** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Monthly Contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Office Exchange**<br>**One Microsoft Way**<br>**Redmond, WA 98052** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining — **February 2017** <br><br> List the contract number of any government contract | **Republic Services**<br>**2608 South Damen Avenue**<br>**Chicago, IL 60608** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining — **March 2016** <br><br> List the contract number of any government contract | **Vistage International**<br>**11452 El Camino Real**<br>**Suite 400**<br>**San Diego, CA 92130** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **A & N Packaging, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chester Milliron** | **15885 Roland Dr.** <br> **Manhattan, IL 60442** | **First Midwest Bank** | ■ D  **2.2** ____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Namil, Inc.** | **6396-6398 W. 74th Street** <br> **Bedford Park, IL 60638** | **First Midwest Bank** | ■ D  **2.2** ____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Randall G. Nagai** | **208 Country Lane** <br> **Des Plaines, IL 60016** | **First Midwest Bank** | ■ D  **2.2** ____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Randall G. Nagai** | **208 Country Lane** <br> **Des Plaines, IL 60016** | **American Express** | ☐ D _____ <br> ■ E/F  **3.4** ____ <br> ☐ G _____ |
| 2.5 | **Randall G. Nagai** | **208 Country Lane** <br> **Des Plaines, IL 60016** | **American Express** | ☐ D _____ <br> ■ E/F  **3.5** ____ <br> ☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **A & N Packaging, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     **12/15**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2015** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$808,963.53** |
| **For prior year:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$898,471.00** |
| **For year before that:**<br>From **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other _____ | **$1,161,010.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **A & N Packaging, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **U.S. Corrugated of Milwaukee**<br>**3832 North 3rd Street**<br>**Milwaukee, WI 53212** | 09/18/15<br>09/25/15<br>10/08/15<br>10/15/15<br>10/29/15<br>11/12/15<br>12/03/15 | $74,035.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.2. **Wertheimer Box**<br>**7950 W. Joliet Road**<br>**Suite 100**<br>**La Grange, IL 60525** | 09/25/15<br>11/19/15 | $6,483.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.3. **Packaging Design**<br>**P.O. Box 5644**<br>**Carol Stream, IL 60197** | 10/01/15<br>10/30/15<br>11/09/15<br>11/11/15 | $9,407.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.4. **Stand Fast Packaging Products, Inc.**<br>**P.O. Box 71588**<br>**Chicago, IL 60694** | 10/08/15<br>10/15/15<br>11/05/15<br>11/05/15 | $15,074.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.5. **Menasha-Strive**<br>**75 Remittance Drive**<br>**Dept. 6970**<br>**Chicago, IL 60675** | 10/15/15<br>11/13/15<br>12/03/15 | $14,872.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.6. **Randall G. Nagai**<br>**208 Country Lane**<br>**Des Plaines, IL 60016** | 09/15/15<br>09/30/15<br>10/12/15<br>10/30/15<br>11/15/15<br>11/29/15 | $12,610.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.7. **MVP Workforce, LLC**<br>**P.O. Box 6690**<br>**Carol Stream, IL 60197** | 09/18/15<br>10/01/15<br>10/08/15<br>10/15/15<br>10/29/15<br>11/05/15<br>11/12/15<br>11/19/15<br>11/27/15<br>12/03/15 | $10,628.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Loan<br>☐ Other___ |

Debtor    **A & N Packaging, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | **IRS**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | **09/18/15**<br>**09/30/15**<br>**10/30/15**<br>**11/18/15**<br>**12/08/15** | **$7,452.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other **Income Taxes** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **First MidwestT Bank**<br>**12600 S. Harlem**<br>**Suite 400**<br>**Palos Heights, IL 60463** | Last 4 digits of account number: _____ | **June 2015** | **$36,620.47** |

## Part 3:    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **First Midwest Bank v. A&N Packaging, Inc.**<br>**2015-L-006659** | **Breach of Contract** | **Circuit Court of Cook County**<br>**50 W. Washington Street**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **First Midwest Bank v. A&N Packaging, Inc.**<br>**2015-CH-10157** | **Foreclosure** | **Circuit Cout of Cook County**<br>**50 W. Washington Street**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page 3

| Debtor | A & N Packaging, Inc. | Case number *(if known)* | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| **Cash and credit card theft from former employee.** | **$15,887.93** | **July 2012-February 2013** | **$15,887.93** |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Frankfort Law Group<br>10075 West Lincoln Highway<br>Frankfort, IL 60423<br>Frankfort, IL 60423** | **Attorney Fees** | **Various** | **$4,335.00** |
| | Email or website address<br>**twt@jtlawllc.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    A & N Packaging, Inc.                                      Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **A & N Packaging, Inc.**                                    Case number *(if known)* _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Randall G. Nagai**<br>**208 Country Lane**<br>**Des Plaines, IL 60016** | **February 2013 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **FIRST MIDWEST BANK**<br>**300 Park Boulevard**<br>**Suite 400**<br>**Itasca, IL 60143** |



Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor    **A & N Packaging, Inc.**                                          Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.2. | **Small Business Administration**<br>**801 R. Street**<br>**Suite 101**<br>**Fresno, CA 93721** |
| 26d.3. | **Kolodziej, Eisen & Fey**<br>**10061 W. Lincoln Highway**<br>**Frankfort, IL 60423** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Randall G. Nagai** | **208 Country Lane**<br>**Des Plaines, IL 60016** | **President** | **90** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stand Fast Packaging Products, Inc.** | **P.O. Box 71588**<br>**Chicago, IL 60694** | | **10** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Chester Milliron** | **15885 Roland Dr.**<br>**Manhattan, IL 60442** | | **July 2012 withdrawal** |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Debtor    **A & N Packaging, Inc.**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 17, 2015**

**/s/ Randall G. Nagai**                                    **Randall G. Nagai**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **A & N Packaging, Inc.** _____      Case No. _____
                                         Debtor(s)            Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **4,000.00** |
    | Prior to the filing of this statement I have received | $ | **4,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any adversary proceeding including actions to determine dischargeability of a
    debt or exlude debts from discharge.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December 17, 2015** _____          **/s/ Thomas W. Toolis** _____
_Date_                                                 **Thomas W. Toolis 6270743**
                                                       _Signature of Attorney_
                                                       **Frankfort Law Group**
                                                       **10075 West Lincoln Highway**
                                                       **Frankfort, IL 60423**
                                                       **708-349-9333  Fax: 708-349-8333**
                                                       **twt@jtlawllc.com**
                                                       _Name of law firm_

---

# Frankfort Law Group

### ATTORNEYS AT LAW

Thomas W. Toolis, Esq.
Christopher M. Johnke, Esq.*
Patrick S. Sullivan, Esq.

Anna Stanley Kahmian, Esq.

*Also admitted in Florida

10075 West Lincoln Highway
FRANKFORT, ILLINOIS 60423
TELEPHONE: (708) 349-9333
FACSIMILE: (708) 349-8333

www.jtlawllc.com

## RETAINER AGREEMENT – SET FEE
## CHAPTER 7 BANKRUPTCY

The client hereby agrees to retain and employ the Law Firm of Frankfort Law Group as his/her attorneys to represent him/her in connection with the filing of a Chapter 7 Bankruptcy for:
A & N PACKAGING, INC.

The client agrees to pay the Law Firm of Frankfort Law Group the following fees for services in this matter:

1.  Compensation: The set fee is as follows:

    a.  The client agrees to pay the Frankfort Law Group for services under this Agreement in the flat fee of $4,000.00 as Attorney's Fees; and

    b.  The client agrees to pay in addition to attorney's fees, the filing fee in the amount of $335.00.

2.  Scope of Services: The Client hereby retains and employs Frankfort Law Group to represent the Client in all matters customarily associated with a Chapter 7 Bankruptcy, including but not limited to advice regarding preparation and filing of all necessary petitions and schedules, appearance at creditors' meeting and negotiation and preparation of reaffirmation agreements.

3.  The client agrees that if any creditor files any adversary proceeding, including but not limited to a motion to modify the automatic stay to collect a debt; objects to the discharge ability of any debt or attempts to prevent the client from obtaining a discharge, the client will be billed $300.00 per hour for attorneys' court and non-court time / $250.00 per hour for non-attorney staff/paralegal time if unanticipated services are required.  Any action to enforce the automatic stay, Fair Debt Collection Act or similar action will be billed $350.00 per hour for attorney's court and non-court time.

4.  Client further agrees and understands that he/she shall keep their attorney advised of their whereabouts, current telephone number and other such information at all times, and to cooperate with their attorney in these proceedings.

5.  Client further agrees and understands that their attorney retains the right to withdraw if client is in violation of any part of this agreement.

6.  Client further agrees and understands that if they are in violation of this agreement, or if their attorney ceases to represent them, no part of the retainer or other fees shall be refunded.  Only unused costs advanced, if any, shall be refunded to the client.

7.  Client further agrees and understands that no promise of any kind regarding the outcome of this bankruptcy proceeding has been made to them and that they expect and understand that their attorney may approach this matter however in his judgment he deems best.

Congress has designated the Law Office of Frankfort Law Group as a debt relief agency

8.      An administrative fee of $100.00 will be charged per schedule for any amendment to any pleadings. Accordingly, it is of utmost importance that you review your pleadings before signing them to verify that there are no errors, that all dollar amounts are correct and that all your creditors are listed.

9.      Client further agrees to pay an additional fee of $300.00 for each reaffirmation agreement accepted by the debtor and entered in the bankruptcy proceeding. However, the new law will only allow a reaffirmation to be approved if you show that you can afford the payment. If you remain current on the debt without reaffirming, I do not think the creditor will repossess the property, however, I cannot guarantee your retention of the property. It is my advice that you should not reaffirm on any property. Especially if you owe more that it is worth. If you still wish to reaffirm against my advice, please contact the creditor to get a reaffirmation agreement and send my office a letter explaining why you need to reaffirm the debt with a money order payable to Frankfort Law Group. Once we have received the documentation and payment, I will file the reaffirmation agreement and schedule a court hearing. You will need to be present in court to explain to the judge why you want to reaffirm the property.

10.     Any continued hearing will result in a $150.00 fee to be paid prior to the continued date.

11.     I hereby authorize Frankfort Law Group, or an employee thereof, to order my credit report for the purpose of completing my bankruptcy petition.

12.     I understand that I may forfeit my entire tax return or a portion thereof to the Chapter 7 Trustee.

13.     I understand that I am required to complete a personal financial management class prior to my court appearance. If I fail to provide the Office of Frankfort Law Group with my credit counseling course and my case is closed without discharge, I understand that I will be required to pay a fee of $600.00 to re-open my case and file the second counseling class certificate.

14.     I have been advised that any credit card charges or other debt I have incurred in the 75 days prior to the filing of my case are not dischargeable.

15.     If you wish to retain your automobile, a Chapter 7 will not prevent the repossession of your vehicle. You must be current within 30 days of the filing of your case.

The client understands that he/she will be billed monthly for all amounts due for fees and costs advanced on his/her file. These amounts are **due in full at the time of execution of the documents.** Balances not paid by the 15th day of the month may be subject to an interest at the rate of 1.5% per month. If it is necessary to enforce this Agreement by collection proceedings, attorney's fees shall be paid at the above hourly rate.

Agreed to by Client:

Ronald N_____                                          Date 8-7-15

_____                       Date _____

Agreed to by Frankfort Law Group

_____                       Date _____

This retainer not valid unless countersigned by an authorized attorney of Frankfort Law Group.

Congress has designated the Law Office of Frankfort Law Group as a debt relief agency

# United States Bankruptcy Court
### Northern District of Illinois

In re   **A & N Packaging, Inc.**                                        Case No.
                                                        Debtor(s)        Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **81**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 17, 2015**                **/s/ Randall G. Nagai**
                                             **Randall G. Nagai/President**
                                             Signer/Title

A.S.G. Staffing, Inc.
231 W. Grnad Ave.
102
Bensenville, IL 60106


AGT
10 Laura Drive
Addison, IL 60101


AJ Adhesives, Inc.
4800 Miami St.
Saint Louis, MO 63116


American Express
P.O. Box 0001
Los Angeles, CA 90096


Ample Supply Company
1401 S. Prairie Drive
Sycamore, IL 60178


Anderson Pest Control
501 W. Lake Street
Elmhurst, IL 60126


Anderson Pest Solutions
P.O. Box 600670
Jacksonville, FL 32260


Anderson's Construction
8522 S. Pulaski
Chicago, IL 60652


AOL
770 Broadway
New York, NY 10003


Associated Bag Company
P.O. Box 8809
Carol Stream, IL 60197


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

Atlas Companies
5050 North River Road
Schiller Park, IL 60176


Best Transportation Services
1020 Davey Road
Suite 800
Woodridge, IL 60517


Better Methods
1948 W. Fulton
Chicago, IL 60612


Blue Cross Blue Shield
P.O. Box 94455
Palatine, IL 60094


C.H. Robinson
P.O. Box 9121
Minneapolis, MN 55480


Carqueville Printing
1536 Bourbon Parkway
Streamwood, IL 60107


Center Point/Small Business Loan
Governors State University
1 University Parkway RM C3300
University Park, IL 60466


Century Contractors
6401 W. 75th Atreet
Bedford Park, IL 60638


Check Systems, Inc.
Attn: Customer Relations
7805 Hudson Road, Ste 100
Woodbury, MN 55125


Chester Milliron
15885 Roland Dr.
Manhattan, IL 60442

Climatemp Service Group
2315 Gardner Rd
Broadview, IL 60155


COM ED
9824 S CICERO AVE #2A
OAK LAWN, IL


Custom Global Logostics, LLC
P.O. Box
3330
Northlake, IL 60164


D & B
103 JFK Parkway
Short Hills, NJ 07078


D&D Enterprises, Inc.
P.O. Box 1176
Frankfort, IL 60423


DEX
P.O. Box 9001401
Louisville, KY 40290


EMC Insurance Co.
P.O. Box 219225
Kansas City, MO 64101


Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256


Essentra Specialty Tapes
14774 Collections Drive
Chicago, IL 60693


Excel Displays & Packaging
4390 Liberty Street
Aurora, IL 60504


Experian
P.O. Box 9701
Allen, TX 75013-9701

Federal Express
P.O. Box 94515
Palatine, IL 60094


FFR Merchandising, Inc.
P.O. Box 932397
Cleveland, OH 44193


Field Packaging Group
P. O. Box 71627
Chicago, IL 60694


First Communication
P.O. Box 78000
Detroit, MI 48278


First Communications LLC
P.O. Box 78000
Detroit, MI 48278


First Midwest Bank
12600 S. Harlem
Palos Heights, IL 60463


GC Dies, LLC
877 N. Larch Avenue
Elmhurst, IL 60126


Grainger
Dept 832637318
Palatine, IL 60038


Guero Landscape & Const.
4929 W. 82nd Street
Burbank, IL 60459


Gunner Cartage
8721 S. 50th Street
Oak Lawn, IL 60453


H.E. Wisdom & Sons, Inc.
1575 Executive Drive
Elgin, IL 60123

Hanover Insurance
P.O. Box 580045
Charlotte, NC 28258


Inner Workings
600 W. Chicago Ave.
Chicago, IL 60654


International Paper
1689 Solutions Center
Chicago, IL 60677


James Cunningham
Stand Fast Packaging Products, Inc.
P.O. Box 71588
Chicago, IL 60694


Kolodziej, Eisen & Fey
10061 W. Lincoln Highway
Frankfort, IL 60423


Mark-Marker
4157 Stafford
Avenue S.W.
Wyoming, MI 49509


Menasha-Strive
75 Remittance Drive
Dept. 6970
Chicago, IL 60675


Metlife Auto & Home
P.O. Box 41753
Philadelphia, PA 19101


MVP Workforce, LLC
P.O. Box 6690
Carol Stream, IL 60197


Namil, Inc.
6396-6398 W. 74th Street
Chicago, IL 60638

Namil, Inc.
6396-6398 W. 74th Street
Bedford Park, IL 60638


Nicor
P.O. Box 2020
Aurora, IL 60507


Office Exchange
One Microsoft Way
Redmond, WA 98052


Packaging Design
P.O. Box 5644
Carol Stream, IL 60197


Palmer Packaging, Inc.
P.O. Box 335
Addison, IL 60101


Park Printing
9903 S. Roberts Road
Palos Hills, IL 60465


Paul Reilly Company
1967 Quincy Court
Glendale Heights, IL 60139


Prudential
P.O. Box 856138
Louisville, KY 40285


Quality Lift Truck Service, Inc.
580 Vista Avenue
P.O. Box 1302
Addison, IL 60101


Quill
P.O. Box 37600
Philadelphia, PA 19101-0600


Randall G. Nagai
208 Country Lane
Des Plaines, IL 60016

Republic Services
P.O. Box 9001154
Louisville, KY 40290


Republic Services
2608 South Damen Avenue
Chicago, IL 60608


Rocktenn CP, LLC
P.O. Box 320102
Saint Louis, MO 63150


RR Donnelley
P.O. Box 932721
Cleveland, OH 44193


Service Pallet
P.O. Box 5988
Carol Stream, IL 60197


SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055


Staff Right, LLC
729 Pinecrest Drive
Prospect Heights, IL 60070


Stand Fast Packaging Products, Inc.
P.O. Box 71588
Chicago, IL 60694


Tempt In-Store Productions
16600 W. Glendale Drive
New Berlin, WI 53151


TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2002


Triangle Dies & Supplies
P.O Box 71958
Chicago, IL 60694

U.S. Corrugated of Milwaukee
3832 North 3rd Street
Milwaukee, WI 53212


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


United Propane
3805 Clearview Court
Gurnee, IL 60031


UPS
Lockbox 577
Carol Stream, IL 60132


Vistage International
11452 El Camino Real
Suite 400
San Diego, CA 92130


Wertheimer Box
7950 W. Joliet Road
Suite 100
La Grange, IL 60525

# United States Bankruptcy Court
## Northern District of Illinois

In re __A & N Packaging, Inc.__                                Case No.
                                    Debtor(s)        Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __A & N Packaging, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 17, 2015**                        **/s/ Thomas W. Toolis**
Date                                **Thomas W. Toolis 6270743**
                                    Signature of Attorney or Litigant
                                    Counsel for   **A & N Packaging, Inc.**
                                    **Frankfort Law Group**
                                    **10075 West Lincoln Highway**
                                    **Frankfort, IL 60423**
                                    **708-349-9333 Fax:708-349-8333**
                                    **twt@jtlawllc.com**