UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          §
A & N PACKAGING, INC.,                          §          Case No.  15-42555
                                                §
                        Debtor(s)               §
                                                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $25,476.53                    Assets Exempt: NA
 (Without deducting any secured claims)

Total Distributions to Claimants: $9,058.74     Claims Discharged
                                                Without Payment: NA

Total Expenses of Administration: $2,700.30

3) Total gross receipts of $11,759.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,759.04 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $700,000.00 | $8,000.00 | $8,000.00 | $8,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $2,700.30 | $2,700.30 | $2,700.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $218,367.81 | $144,697.76 | $144,697.76 | $1,058.74 |
| **TOTAL DISBURSEMENTS** | $918,367.81 | $155,398.06 | $155,398.06 | $11,759.04 |

4) This case was originally filed under chapter 7 on 12/17/2015. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    06/06/2017                              By :    /s/ Joseph A. Baldi

                                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Checking Account-First Merit | 1129-000 | $453.29 |
| Security Deposits-Namil, Inc. | 1129-000 | $8,305.75 |
| Remnant Assets | 1229-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | $11,759.04 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00000 | First Midwest Bank | 4210-000 | $153,000.00 | $8,000.00 | $8,000.00 | $8,000.00 |
| | Center Point/SB Loan | | $547,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $700,000.00 | $8,000.00 | $8,000.00 | $8,000.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph A. Baldi | 2100-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Joseph A. Baldi | 2200-000 | NA | $231.05 | $231.05 | $231.05 |
| Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $969.00 | $969.00 | $969.00 |
| International Sureties, Ltd. | 2300-000 | NA | $0.25 | $0.25 | $0.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,700.30 | $2,700.30 | $2,700.30 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | MENASHA PACKAGING | 7100-000 | $15,648.73 | $10,648.93 | $10,648.93 | $814.46 |
| 000001 | WESTROCK COMPANY | 7100-000 | NA | $3,194.00 | $3,194.00 | $244.28 |
| | AGT | | NA | NA | NA | $0.00 |
| | AJ Adhesives | | NA | NA | NA | $0.00 |
| | American Express | | $25,587.09 | NA | NA | $0.00 |
| | American Express | | $80.28 | NA | NA | $0.00 |
| | Ample Supply Co. | | NA | NA | NA | $0.00 |
| | Anderson Pest Solutions | | $90.00 | NA | NA | $0.00 |
| | Anderson's Constructin | | NA | NA | NA | $0.00 |
| | ASG Staffing | | $3,978.00 | NA | NA | $0.00 |
| | Associated Bag Co. | | NA | NA | NA | $0.00 |
| | AT&T Mobility | | NA | NA | NA | $0.00 |
| | Atlas Comp. | | $1,030.72 | NA | NA | $0.00 |
| | BCBS | | NA | NA | NA | $0.00 |
| | Best Transportation Services | | NA | NA | NA | $0.00 |
| | Better Methods | | NA | NA | NA | $0.00 |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carqueville Printing | | NA | NA | NA | $0.00 |
| | Century Cont. | | NA | NA | NA | $0.00 |
| | CH Robinson | | NA | NA | NA | $0.00 |
| | Climatemp Serv. Group | | NA | NA | NA | $0.00 |
| | Com Ed | | $421.16 | NA | NA | $0.00 |
| | Cust. Global Logistics | | NA | NA | NA | $0.00 |
| | D&D Enterprises | | NA | NA | NA | $0.00 |
| | DEX | | NA | NA | NA | $0.00 |
| | EMC Insurance Co. | | $39.02 | NA | NA | $0.00 |
| | Equifax Information Services | | NA | NA | NA | $0.00 |
| | Essentra Specialty Tapes | | NA | NA | NA | $0.00 |
| | Excel Display & Packaging | | NA | NA | NA | $0.00 |
| | Experian | | NA | NA | NA | $0.00 |
| | Fed Ex | | NA | NA | NA | $0.00 |
| | FFR Merch. | | NA | NA | NA | $0.00 |
| | Field Pack. Group | | NA | NA | NA | $0.00 |
| | First Communications | | NA | NA | NA | $0.00 |
| | GC Dies | | NA | NA | NA | $0.00 |
| | Grainger | | NA | NA | NA | $0.00 |
| | Guero Landscaping & | | NA | NA | NA | $0.00 |
| | Gunner Cartage | | NA | NA | NA | $0.00 |
| | Hanover Insurance | | $562.27 | NA | NA | $0.00 |
| | HE Wisdom & Sons | | NA | NA | NA | $0.00 |
| | Inner Workings | | NA | NA | NA | $0.00 |
| | International Paper | | NA | NA | NA | $0.00 |
| | James Cunningham | | $40,000.00 | NA | NA | $0.00 |
| | Kolodziej Eisen & Fey | | NA | NA | NA | $0.00 |
| | Mark Marker | | $425.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Metlife Auto | | NA | NA | NA | $0.00 |
| | MVP Workforce | | $3,389.02 | NA | NA | $0.00 |
| | Namil | | $111,000.00 | NA | NA | $0.00 |
| | Nicor | | $317.67 | NA | NA | $0.00 |
| | Packaging Design | | NA | NA | NA | $0.00 |
| | Palmer Packaging | | $62.09 | NA | NA | $0.00 |
| | Park Printing | | NA | NA | NA | $0.00 |
| | Paul Reilly Co. | | $383.63 | NA | NA | $0.00 |
| | Prudential | | NA | NA | NA | $0.00 |
| | Quality Lift Truck Services | | NA | NA | NA | $0.00 |
| | Quill | | NA | NA | NA | $0.00 |
| | Randall Nagai | | $3,888.63 | NA | NA | $0.00 |
| | Republic Services | | $197.92 | NA | NA | $0.00 |
| | Rocktenn CP LLC | | NA | NA | NA | $0.00 |
| | RR Donnelly | | NA | NA | NA | $0.00 |
| | Serv. Pallet | | NA | NA | NA | $0.00 |
| | Simplex Grinnell | | NA | NA | NA | $0.00 |
| | Staff Right | | $6,468.98 | NA | NA | $0.00 |
| | Stand Fast Package Prod. | | NA | NA | NA | $0.00 |
| | Tempt In Store Prod. | | $2,880.00 | NA | NA | $0.00 |
| | Transunion Cons. Sol. | | NA | NA | NA | $0.00 |
| | Triangle Dies & Supp. | | NA | NA | NA | $0.00 |
| | U.S. Corrugated of Milwaukee | | NA | NA | NA | $0.00 |
| | Uline | | $1,917.60 | NA | NA | $0.00 |
| | United Propane | | NA | NA | NA | $0.00 |
| | UPS | | NA | NA | NA | $0.00 |
| | Wertheimer Box | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $218,367.81 | $13,842.93 | $13,842.93 | $1,058.74 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **15-42555**                    Judge: **Timothy A. Barnes**                    Trustee Name: **Joseph A. Baldi**

Case Name: **A & N PACKAGING, INC.,**                                        Date Filed (f) or Converted (c): **12/17/2015 (f)**

341(a) Meeting Date: **01/25/2016**

For Period Ending: **06/06/2017**                                              Claims Bar Date: **06/15/2016**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Checking Account-First Merit | 4,000.00 | 0.00 | | 453.29 | FA |
| 2. | Checking Account-First Midwest | 0.00 | 0.00 | | 0.00 | FA |
| 3. | Security Deposits-Namil, Inc. | 11,000.00 | 0.00 | | 8,305.75 | FA |
| 4. | Security Deposits-Nicor | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. | Accounts Receivable | 4,476.53 | 0.00 | | 0.00 | FA |
| 6. | Inventory/supplies | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. | Office Equipment and Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. | Machinery, Fixtures, Business Equip | 15,000.00 | 0.00 | | 0.00 | FA |
| 9. | Void (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10. | Remnant Assets (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 11. | Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |

                                                                                            **Gross Value of Remaining Assets**

**TOTALS (Excluding Unknown Values)**             40,476.53          3,000.00                    11,759.04            0.00

Re Prop. #1   **First Merit Bank Checking**
Re Prop. #2   **(Stay lifted per order 2/10/16 [dkt 15] allowing bank to recover personal property)**
Re Prop. #3   **Trustee filed claim in Namil, Inc. bankruptcy for recovery of security deposit. (Stay lifted per order 2/10/16 [dkt 15] allowing bank to recover personal property)**
Re Prop. #4   **(Stay lifted per order 2/10/16 [dkt 15] allowing bank to recover personal property)**
Re Prop. #5   **(Stay lifted per order 2/10/16 [dkt 15] allowing bank to recover personal property)**
Re Prop. #6   **Supplies, stock boxes, customer owned materials  (Stay lifted per order 2/10/16 [dkt 15] allowing bank to recover personal property)**
Re Prop. #7   **Miscellaneous Office Equipment  (Stay lifted per order 2/10/16 [dkt 15] allowing bank to recover personal property)**
Re Prop. #8   **Fork Trucks, Racks, Various Tools, CAD Table (Stay lifted per order 2/10/16 [dkt 15] allowing bank to recover personal property)**
Re Prop. #9   **See Asset #3 Security Deposit, Namil for recovery of the property previously listed on Form 1 as Asset #9 (unscheduled)**
Re Prop. #10   **Sold per order 1/10/17 [dkt 33]**

UST Form 101-7-TDR (10/1/2010) (Page 8)                                              **Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:** 15-42555 | **Judge:** Timothy A. Barnes | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** A & N PACKAGING, INC., | | **Date Filed (f) or Converted (c):** 12/17/2015 (f) |
| | | **341(a) Meeting Date:** 01/25/2016 |
| **For Period Ending:** 06/06/2017 | | **Claims Bar Date:** 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #11   **(Stay lifted per order 2/10/16 [dkt 15] allowing bank to recover personal property)**

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**March 2017:  Trustee received approximately $8,700.00 from the Namil bankruptcy estate on account of the claim filed by Debtor.  Trustee, pursuant court order 1/11/17 [dkt 33], sold the Debtor's remnant assets.  Trustee reviewed claims and prepared and filed Estate tax returns.**

**June 2016:  Trustee reviewed potential recoverable transfers, appears all transfers in ordinary course, no recovery likely.  Filed claim in Namil case, will receive distribution and in turn distribute to A&N creditors.**

**March 09, 2016, 05:09 pm - No equity in personal property, stay lifted by Bank.  Reviewing potential recoverable transfers.**

**Initial Projected Date of Final Report(TFR) :** 12/31/2017         **Current Projected Date of Final Report(TFR) :** 12/31/2017

**Trustee's Signature**     /s/Joseph A. Baldi         **Date:** 06/06/2017
                            Joseph A. Baldi
                            20 N. Clark St. Suite 200
                            Chicago, IL 60602
                            Phone : (312) 726-8150

**Exhibit 8**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | **15-42555** | | | | Trustee Name: | **Joseph A. Baldi** |
|---|---|---|---|---|---|---|
| Case Name: | **A & N PACKAGING, INC.,** | | | | Bank Name: | **Associated Bank** |
| | | | | | Account Number/CD#: | **\*\*\*\*\*\*7519 Checking Account** |
| Taxpayer ID No: | **\*\*-\*\*\*9443** | | | | Blanket bond (per case limit): | **5,000,000.00** |
| For Period Ending: | **6/6/2017** | | | | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/17/2016 | [1] | A & N PACKAGING, INC. 6396 W. 74TH STREET BEDFORD PARK , IL 60638 | TURNOVER OF BANK FUNDS | 1129-000 | 453.29 | | 453.29 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 453.29 | 0.00 |
| | | | Page Subtotals | | 453.29 | 453.29 | |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 453.29 | 453.29 |
| Less:Bank Transfer/CD's | 0.00 | 453.29 |
| **SUBTOTALS** | 453.29 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 453.29 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 10)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 15-42555 | **Trustee Name:** Joseph A. Baldi | |
| **Case Name:** A & N PACKAGING, INC., | **Bank Name:** Texas Capital Bank | |
| | **Account Number/CD#:** ******5542 Checking Account | |
| **Taxpayer ID No:** **-***9443 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 6/6/2017 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 453.29 | | 453.29 |
| 01/04/2017 | [3] | Bankruptcy Estate of Namil, Inc. Case No. 15-42553 c/o Joseph A. Baldi, Trustee 20 N. Clark St, Ste. 200 Chicago, IL 60602 | Final Distribution on Claim No. 1 - Estate of Namil, Inc., Debtor | 1129-000 | 8,305.75 | | 8,759.04 |
| 01/17/2017 | [10] | Oak Point Partners, Inc. 5215 Old Orchard Road Suite 965 Skokie, IL 60077 | Purchase of Remnant Assets Allowed per Court Order dated January 10, 2017 [dkt 33] | 1229-000 | 3,000.00 | | 11,759.04 |
| 02/03/2017 | 52001 | International Sureties, Ltd. 701 Poydras Street, Ste. 420 New Orleans, LA 70139 | Bond Premium | 2300-000 | | 0.25 | 11,758.79 |
| 04/26/2017 | 52002 | Joseph A. Baldi 20 N. Clark Street Suite 200 Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 1,500.00 | 10,258.79 |
| 04/26/2017 | 52003 | Joseph A. Baldi 20 N. Clark Street Suite 200 Chicago, IL 60602 | | 2200-000 | | 231.05 | 10,027.74 |
| | | | Page Subtotals | | 11,759.04 | 1,731.30 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-42555 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | A & N PACKAGING, INC., | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5542 Checking Account |
| Taxpayer ID No: | **-***9443 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/6/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/26/2017 | 52004 | Kutchins, Robbins & Diamond, Ltd. 1101 Perimeter Dr., Suite 760 Schaumburg, IL 60173 | | 3410-000 | | 969.00 | 9,058.74 |
| 04/26/2017 | 52005 | First Midwest Bank One Pierce Place, Suite 1500 Itasca, IL 60143 | Disb of 100.00% to Claim #000003 | 4210-000 | | 8,000.00 | 1,058.74 |
| 04/26/2017 | 52006 | WESTROCK COMPANY Att: Brian Newton 3950 Shackleford Road Duluth , GA 30096 | Disb of 7.65% to Claim #000001 | 7100-000 | | 244.28 | 814.46 |
| 04/26/2017 | 52007 | MENASHA PACKAGING COMPANY, LLC 75 Remittance Dr Dept 6970 Chicago, IL 60675 | Disb of 7.65% to Claim #000002 | 7100-000 | | 814.46 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 10,027.74 |
| COLUMN TOTALS | 11,759.04 | 11,759.04 |
| Less:Bank Transfer/CD's | 453.29 | 0.00 |
| SUBTOTALS | 11,305.75 | 11,759.04 |
| Less: Payments to Debtors | | 0.00 |
| Net | 11,305.75 | 11,759.04 |

UST Form 101-7-TDR (10/1/2010) (Page 12)    **Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-42555 | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | A & N PACKAGING, INC., | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5542 Checking Account |
| Taxpayer ID No: | **-***9443 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/6/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

|  |  |  |  |  |
|---|---|---|---|---|
| All Accounts Gross Receipts: | 11,759.04 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Disbursements: | 11,759.04 | | | | |
| All Accounts Net: | 0.00 | ******7519 Checking Account | 453.29 | 0.00 | |
| | | ******5542 Checking Account | 11,305.75 | 11,759.04 | |
| | | **Net Totals** | 11,759.04 | 11,759.04 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 13)                                                 **Exhibit 9**